**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Victoria Marcocelli | CHAPTER 13 |
| <u>Debtor(s)</u> | |
| | BKY. NO. 21-11249 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
10 May 2021, 15:15:49, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322