L.B.F. 3015-6A

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    Victoria Marcocelli                                    Case No.  21-11249-mdc

                                   Debtor(s)                         Chapter   13

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above-named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the Chapter 13 trustee prior to any subsequent confirmation hearing.

*[to be executed by counsel for the Debtor(s) or the Debtor(s)]*

**Date:** 09/08/2021

By: /s/ Daniel E. Mueller
Daniel E. Mueller
Attorney for the Debtor

**Date:**

Debtor

**Date:**

Debtor