United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Victoria Marcocelli  
    Debtor

Case No. 21-11249-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 18, 2021      Form ID: 155      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria Marcocelli, 5117 Arch Street, Philadelphia, PA 19139-2735 |
| 14604519 | | Alexander Semidey, 5117 Arch St, Philadelphia, PA 191392735 |
| 14604522 | + | Cedars Business Services LLC, 5230 Las Virgenes Rd, Suite 210, Calabasas, CA 91302-3465 |
| 14612826 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14604525 | + | Federal Loan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14604526 | + | Indiana University of Pennsylvania, Student Billing Office -- Clark Hall, 1090 South Drive, Indiana, PA 15705-1038 |
| 14607168 | + | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14606489 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14604530 | + | TDRCS/Raymour & Flanigan, Attn: Bankruptcy, PO Box 130, Liverpool, NY 13088-0130 |
| 14619623 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14604520 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 18 2021 23:32:00 | Ally Bank, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 14605179 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 18 2021 23:32:02 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14618303 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 18 2021 23:32:02 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14616638 | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14608803 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 18 2021 23:32:10 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14604521 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2021 23:31:58 | Capital One Bank USA NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14604523 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 18 2021 23:42:24 | Credit One Bank NA, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14604532 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 18 2021 23:42:17 | Webbank/DFS, Dell Financial Services, Attn: Bankruptc, PO Box 81577, Austin, TX 78708 |
| 14619527 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2021 23:42:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14621494 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 18 2021 23:42:24 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14604527 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 18 2021 23:42:30 | Merrick Bank Corp, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14616908 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 18 2021 23:32:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14604528 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 18 2021 23:32:00 | PNC Mortgage, Attn: Bankruptcy, PO Box 8819, Dayton, OH 45401 |
| 14605203 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14604529 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2021 23:32:10 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 14604531 | | Email/Text: bknotice@upgrade.com | Nov 18 2021 23:32:00 | Upgrade Inc, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 14617733 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 18 2021 23:32:03 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14604524 | *+ | Credit One Bank Na, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL E. MUELLER | on behalf of Debtor Victoria Marcocelli dem@demattorney.com pmm@harborstonelaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Victoria Marcocelli
      Debtor(s)                        Chapter: 13

                                              Bankruptcy No: 21−11249−mdc

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 18th day of November 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                       Magdeline D. Coleman
                                                       Chief Judge ,
                                                       United States Bankruptcy Court

                                                                                                      27 − 10
                                                                                                       Form 155