Certificate Number: 14912-PAE-DE-040777002

Bankruptcy Case Number: 21-11249



14912-PAE-DE-040777002

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 25, 2026, at 12:26 o'clock PM EDT, Victoria Marcocelli completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 25, 2026          By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor