United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Victoria Marcocelli  
    Debtor

Case No. 21-11249-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: May 21, 2026      Form ID: 138OBJ      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Victoria Marcocelli, 5117 Arch Street, Philadelphia, PA 19139-2735 |
| 14604519 | | Alexander Semidey, 5117 Arch St, Philadelphia, PA 191392735 |
| 14604525 | + | Federal Loan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14604526 | + | Indiana University of Pennsylvania, Student Billing Office -- Clark Hall, 1090 South Drive, Indiana, PA 15705-1038 |
| 14604530 | + | TDRCS/Raymour & Flanigan, Attn: Bankruptcy, PO Box 130, Liverpool, NY 13088-0130 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: megan.harper@phila.gov | May 22 2026 02:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14770821 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 22 2026 02:26:56 | Aidvantage, Dept of Ed Loan Services, PO Box 4450, Portland OR 97208-4450 |
| 14604520 | + Email/Text: ally@ebn.phinsolutions.com | May 22 2026 02:22:00 | Ally Bank, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 14605179 | + Email/PDF: acg.acg.ebn@aisinfo.com | May 22 2026 02:26:48 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14618303 | + Email/PDF: acg.acg.ebn@aisinfo.com | May 22 2026 02:26:48 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14616638 | Email/Text: megan.harper@phila.gov | May 22 2026 02:22:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14608803 | + Email/PDF: ebn_ais@aisinfo.com | May 22 2026 02:26:56 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14604521 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2026 02:26:33 | Capital One Bank USA NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14604522 | + Email/Text: SNagel@cedarfinancial.com | May 22 2026 02:22:00 | Cedars Business Services LLC, 5230 Las Virgenes Rd, Suite 210, Calabasas, CA 91302-3465 |
| 14604523 | + Email/PDF: creditonebknotifications@resurgent.com | May 22 2026 02:26:56 | Credit One Bank NA, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14612826 | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2026 02:26:36 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14604532 | Email/PDF: DellBKNotifications@resurgent.com | May 22 2026 02:26:35 | Webbank/DFS, Dell Financial Services, Attn: Bankruptc, PO Box 81577, Austin, TX 78708 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 21, 2026 | Form ID: 138OBJ | Total Noticed: 30 |

| | | | |
|---|---|---|---|
| 14747341 | + Email/PDF: resurgentbknotifications@resurgent.com | May 22 2026 02:26:49 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14619527 | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2026 02:26:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14621494 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 22 2026 02:26:48 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14604527 | + Email/PDF: MerrickBKNotifications@Resurgent.com | May 22 2026 02:26:33 | Merrick Bank Corp, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14616908 | Email/Text: Bankruptcy.Notices@pnc.com | May 22 2026 02:22:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14604528 | Email/Text: Bankruptcy.Notices@pnc.com | May 22 2026 02:22:00 | PNC Mortgage, Attn: Bankruptcy, PO Box 8819, Dayton, OH 45401 |
| 14607168 | ^ MEBN | May 22 2026 02:17:44 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14605203 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 22 2026 02:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14604529 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 22 2026 02:26:55 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 14606489 | + Email/Text: tdebn@credbankserv.com | May 22 2026 02:22:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14619623 | ^ MEBN | May 22 2026 02:18:15 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14604531 | Email/Text: bknotice@upgrade.com | May 22 2026 02:22:00 | Upgrade Inc, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 14617733 | + Email/PDF: ebn_ais@aisinfo.com | May 22 2026 02:26:35 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14604524 | *+ | Credit One Bank Na, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026          Signature:          /s/Gustava Winters

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: May 21, 2026 Form ID: 138OBJ Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL E. MUELLER | on behalf of Debtor Victoria Marcocelli dem@harborstonelaw.com  pmm@harborstonelaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 138OBJ* (6/24)–doc 47 – 45

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                 )

    Victoria Marcocelli           )        Case No. 21–11249–djb

                                 )

                                 )

    Debtor(s).                   )        Chapter: 13

                                 )

                                 )

## <u>NOTICE OF DEADLINE TO OBJECT TO DISCHARGE</u>

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 21, 2026                                        For The Court

                                                     Mohung Wong
                                                     Clerk of Court